# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shirley Virginia Griffin<br>Debtor | BK NO. 16-03744 MDF<br><br>Chapter 7 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Rushmore Loan Management Services as Servicer for Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust, and index same on the master mailing list.

Re: Loan # Ending In: 8481

                                            Respectfully submitted,

                                            **/s/ Joshua I. Goldman , Esquire**
                                            Joshua I. Goldman, Esquire
                                            Thomas Puleo, Esquire
                                            KML Law Group, P.C.
                                            701 Market Street, Suite 5000
                                            Philadelphia, PA 19106-1532
                                            (215) 825-6306  FAX (215) 825-6406
                                            Attorney for Movant/Applicant