# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
http://mottandgendronlaw.wix.com/mottandgendronlaw
Email: info.mottandgendronlaw@gmail.com

Dorothy L. Mott, Esquire  Telephone: (717) 232-6650
Kara K. Gendron, Esquire  Fax: (717) 232-0477

September 27, 2016

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET
PO BOX 908
HARRISBURG, PA 17108-0908

Re:  Shirley Virginia Griffin
     Bankruptcy No:1:16-bk-03744

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

BROWN & JOSEPH LTD
2550 WEST GOLF ROAD
ROLLING MEADOWS, IL 60008

to:

BROWN & JOSEPH LTD
1 PIERCE PLACE
ITASCA, IL 60143

Please remove old address from mailing matrix.

Thank you for your attention to this matter.

Sincerely,

/s/Edith Warfel
Edith Warfel, Secretary to
Dorothy L. Mott, Attorney at Law