UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:                                                                                                 Bankr. Case No. 16-03744-MDF-7

SHIRLEY V. GRIFFIN                                                                               Chapter 7
    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

                Americredit Financial Services, Inc. dba GM Financial
                PO Box 183853
                Arlington, TX 76096

                                                      By  /s/ Mandy Youngblood

                                                Mandy Youngblood
                                                PO Box 183853
                                                Arlington, TX 76096
                                                877-203-5538
                                                877-259-6417
                                                Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on October 11, 2016 :

DOROTHY L MOTT
125 STATE ST
HARRISBURG, PA  17101

US TRUSTEE
228 WALNUT STREET SUITE 1190
HARRISBURG, PA  17101

By  /s/ Mandy Youngblood
Mandy Youngblood

xxxxx03498 / 907597