Certificate Number: 13858-PAM-DE-028479020

Bankruptcy Case Number: 16-03744



13858-PAM-DE-028479020

# C<small>ERTIFICATE</small> O<small>F</small> D<small>EBTOR</small> E<small>DUCATION</small>

I CERTIFY that on December 12, 2016, at 10:04 o'clock AM EST, SHIRLEY GRIFFIN completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   December 12, 2016         By:   /s/Edwin G. Calderon

                                  Name: Edwin G. Calderon

                                  Title: Vice President