```
                       United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03744-MDF
Shirley Virginia Griffin                                        Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin           Page 1 of 1           Date Rcvd: Dec 20, 2016
                          Form ID: fnldecac     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db              +Shirley Virginia Griffin,   2812 Boas Street,   Harrisburg, PA 17103-2127

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 19, 2016 at the address(es) listed below:
              Dorothy L Mott    on behalf of Debtor Shirley Virginia Griffin DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              Joshua I Goldman    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Markian R Slobodian (Trustee)    PA49@ecfcbis.com
              Thomas I Puleo    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
               Trust, not individually but as trustee for Carlsbad Funding Mortgage Trust tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

fnldecac (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Shirley Virginia Griffin  
2812 Boas Street  
Harrisburg, PA 17103

Chapter 7  
Case No. 1:16−bk−03744−MDF

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−5338

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Markian R Slobodian (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 19, 2016

BY THE COURT  
By the Court,

Honorable Mary D. France  
United States Bankruptcy Judge  
By: AutoDocketer, Deputy Clerk